IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE BELL, | 1:12-cv-01248 AWI GBC (PC) |
| Plaintiff, | ORDER DENYING AS UNNECESSARY MOTION TO EXTEND TIME TO FILE |
| vs. | EXHIBITS IN SUPPORT OF COMPLAINT |
| S. HEBERLING, et al., | ORDER DENYING MOTION FOR COPIES |
| Defendants. | (Doc. 11) |
| _____ / | |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 15, 2012, plaintiff filed a motion to extend time to file exhibits in support of his complaint. Doc. 11. Additionally, Plaintiff requests that the Court order prison staff to provide Plaintiff copies of the exhibits.

    Local Rule 220 requires that an amended complaint be complete in itself without reference to any prior pleading. Rather than attach exhibits to the original complaint, Plaintiff should file an amended complaint with the exhibits. Under Rule 15(a) of the Federal Rules of Civil Procedure, a plaintiff may amend the pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a plaintiff may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a). In this case, a responsive pleading has not been served and Plaintiff has not previously amended his complaint. Therefore, Plaintiff may file an amended

complaint without leave of the Court.

To the extent that Plaintiff is requesting the Court to order prison officials to copy Plaintiff's exhibits, the Court lacks jurisdiction to issue an order requiring prison officials to make copies for Plaintiff. *See Zepeda v. United States Immigration Service*, 753 F.2d 719, 727 (9th Cir. 1985). Additionally, since discovery has not opened in this case, Plaintiff's request for exhibits is premature.

Based on the foregoing, Plaintiff's motion for extension of time to file exhibits is DENIED and Plaintiff's request to order prison staff for copies is DENIED.

IT IS SO ORDERED.

Dated:   November 21, 2012

UNITED STATES MAGISTRATE JUDGE