1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11 | HORACE BELL,

12 |            Plaintiff,

13 |      v.

14 | S. HEBERLING, et al.,

15 |            Defendants.

Case No.  1:12-cv-01248-AWI-SAB

APPEAL NO.

**NOTICE AND ORDER FINDING THAT
PLAINTIFF IS NOT ENTITLED TO
PROCEED IN FORMA PAUPERIS ON
THE APPEAL FILED SEPTEMBER 3, 2013**

(ECF No. 29)

**ORDER DIRECTING CLERK'S OFFICE TO
SERVE COPY OF ORDER ON NINTH
CIRCUIT**

16

17

18

19        Plaintiff Horace Bell is a prisoner who is proceeding pro se in this civil rights action

20 pursuant to 42 U.S.C. § 1983.   On July 31, 2013, the Court denied Plaintiff's motion for a

21 temporary restraining order.  (ECF Nos. 21, 23.)  Plaintiff filed a notice of appeal on September

22 3, 2013.  (ECF No. 27.)  The appeal was processed to the Ninth Circuit on September 3, 2013.[1]

23 (ECF No. 28.)  On September 13, 2013, Plaintiff filed a notice re appeal filing fee.  (ECF No. 29.)

24        Pursuant to the Federal Rules of Appellate Procedure,

25              A party who was permitted to proceed in forma pauperis in the
              district-court action . . . may proceed on appeal in forma pauperis
26              without further authorization, unless:

27

---

[1] Because the district court had not received a case number for the appeal, the notice of appeal was re-submitted to
28 the Ninth Circuit on September 16, 2013.  As of this date, the appeal has not been assigned a case number.

1

(A) the district court - before or after the notice of appeal is filed - certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding;

or

(B) a statute provides otherwise.

Fed. R. App. P. 24(a)(3).

The district clerk must immediately notify the parties and the court of appeals when the district court does any of the following:

(A) denies a motion to proceed on appeal in forma pauperis;

(B) certifies that the appeal is not taken in good faith; or

(C) finds that the party is not otherwise entitled to proceed in forma pauperis.

Fed. R. App. P. 24(a)(4).

This action was removed from Kings County Superior Court and Plaintiff is not proceeding in forma pauperis.  Plaintiff's notice states that he is indigent and cannot afford the filing fee and the District Court is aware of this.  However, the Court finds that Plaintiff is not entitled to proceed in forma pauperis on his appeal filed September 3, 2013.

Title 28, United States Code, Section 1915 governs proceedings in forma pauperis. Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  Plaintiff became subject to section 1915(g) on October 18, 2011, when his third action was dismissed for failure to state a claim upon which relief may be granted and the Ninth Circuit did not permit his appeal to proceed.[2]  Because Plaintiff is subject to section 1915(g) and does not meet the imminent danger

---

[2] The Court takes judicial notice of the following cases: 1:10-cv-01762-SKO, Bell v. Lopez, et al. (E.D. Cal.) (dismissed August 26, 2011 for failure to state a claim); 2:10-cv-00421-UA-RC, Bell v. Harrington, et al. (C.D. Cal) (dismissed February 4, 2010 as frivolous, malicious, or fails to state a claim); 2:09-cv-08808-UA-RC, Bell v. K. Harrington, et al. (C.D. Cal.) (dismissed December 30, 2009 as frivolous/malicious).

exception,[3] Plaintiff is not entitled to proceed in forma pauperis on appeal.  Fed. R. App. P. 24(a)(4)(C).

      Based on the foregoing, it is HEREBY ORDERED that:

    1.    Pursuant to 28 U.S.C. § 1915(g), Plaintiff is not entitled to proceed in forma pauperis on the appeal filed on September 3, 2013;

    2.    Pursuant to Federal Rule of Appellate Procedure 24(a)(4)(C), this order serves as notice to the parties and the United States Court of Appeals for the Ninth Circuit of the finding that Plaintiff is not entitled to proceed in forma pauperis for this appeal; and

    3.    The Clerk of the Court shall serve a copy of this order on Plaintiff and the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated:   **September 25, 2013**

UNITED STATES MAGISTRATE JUDGE

---

[3] Plaintiff's complaint, filed March 21, 2012 in Kings County Superior Court challenges the caregiver program implemented at the prison alleging the caregivers use drugs and do not treat him appropriately, are appointed because of their friendship with prison officials and the program is an abject failure.  (ECF No. 4.)