UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE BELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S HEBERLING, et al.,<br><br>　　　　Defendants. | Case No.: 1:12-cv-01248-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, ACTION IS PROCEEDING ON PLAINTIFF'S CRUEL AND UNUSUAL CLAIM AGAINST DEFENDANTS HEBERLING, SHEER, AND NESMITH, AND ALL OTHER CLAIMS AND DEFENDANTS ARE DISMISSED FROM THE ACTION FOR FAILURE TO STATE A COGNIZABLE CLAIM<br><br>[ECF No. 35, 36] |

　　　Plaintiff Horace Bell is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On January 24, 2014 the Magistrate Judge screened Plaintiff's first amended complaint and issued a Findings and Recommendation that the action proceed only against Defendants S. Herberling, J. Sheer, and E. Nesmith for violating Plaintiff's rights under the Eighth Amendment by telling gang members to attack Plaintiff. It was recommended that because Plaintiff had previously been granted leave to amend, all other claims and defendants be dismissed from the action for failure to state a cognizable claim for relief. The Findings and Recommendation was served on Plaintiff and contained notice that Objections were to be filed within thirty days. Plaintiff filed an Objection on February 24, 2014.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis. As the Findings and Recommendation indicates, Plaintiffs factual allegations do not plausibly show discrimination by reason of his disability.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on January 24, 2014, (Doc. No. 36) is adopted in full;
2. This action shall proceed solely against Defendants S. Herberling, J. Sheer, and E. Nesmith for violating Plaintiff's rights under the Eighth Amendment by telling gang members to attack Plaintiff;
3. All other claims and defendants are dismissed from the action for failure to state a cognizable claim;
4. Plaintiff's motion for screening (Doc. No. 35) is DENIED as moot; and
5. The matter is referred back to the Magistrate Judge for initiation of service of process.

IT IS SO ORDERED.

Dated:   September 30, 2014                    _____
                                                SENIOR DISTRICT JUDGE