**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HORACE BELL,<br><br>            Plaintiff,<br><br>      v.<br><br>S HEBERLING, et al.,<br><br>            Defendants. | Case No.: 1:12-cv-01248-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR CONTEMPT OF COURT HEARING AS MOOT<br><br>[ECF No. 56] |

Plaintiff Horace Bell is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 12, 2015, Plaintiff filed a request for a contempt of court hearing. Plaintiff indicates that prison officials refused to provide a copy of Plaintiff's complaint for service. Plaintiff requests the Court conduct a contempt of court hearing based on the denial of access to the court.

On January 12, 2015, the Court directed the United States Marshal to serve the amended complaint on Defendant E. Nesmith. (ECF No. 55.) Accordingly, Plaintiff's request for a contempt of court hearing based on the failure to provide a copy of the complaint for service of process is MOOT and shall be denied on such basis.

IT IS SO ORDERED.

Dated:   **January 21, 2015**

UNITED STATES MAGISTRATE JUDGE

1