UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE BELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S HEBERLING, et al.,<br><br>　　　　Defendants. | Case No.: 1:12-cv-01248-AWI-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR COPY OF COMPLAINT AND DIRECTING CLERK OF COURT TO SEND COPY OF COMPLAINT TO PLAINTIFF<br><br>[ECF No. 61] |

　　　　Plaintiff Horace Bell is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On February 6, 2015, Plaintiff filed a request for a copy of the operative complaint in this action because he "sacrificed his sole copy of the complaint to provide a copy for the marshal." (ECF No. 61.)

　　　　Plaintiff is advised that the Clerk does not ordinarily provide free copies of case documents to parties. The Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees. Thus, to request copies of documents, Plaintiff must submit a request in writing to the Clerk, a large self-addressed envelope affixed with sufficient postage, and prepayment of copy costs to the Clerk.

1  The Court will make an exception in this one instance and direct the Clerk of Court to send
2  Plaintiff a copy of his first amended complaint.  However, Plaintiff is advised that any future requests
3  for copies of court documents free of charge will be denied and Plaintiff is required to retain a copy of
4  any and all documents relevant to this case.
5  Based on the foregoing,
6  IT IS HEREBY ORDERED that the Clerk of Court is directed to send Plaintiff a copy of the
7  first amended complaint (ECF No. 34), filed November 20, 2013.

IT IS SO ORDERED.

Dated:   **February 20, 2015**

UNITED STATES MAGISTRATE JUDGE