UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE BELL,<br><br>   Plaintiff,<br><br>   v.<br><br>S HEBERLING, et al.,<br><br>   Defendants. | Case No.: 1:12-cv-01248-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>[ECF Nos. 58, 60] |

Plaintiff Horace Bell is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 5, 2015, the Magistrate Judge filed a Findings and Recommendations which was served on Plaintiff and contained notice to the parties that Objections to the Findings and Recommendations were to be filed within thirty days. Plaintiff filed an Objection on February 17, 2015, and an Amended Objection on February 19, 2015.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

///

1

1  Accordingly, IT IS HEREBY ORDERED that:

2      1.    The Findings and Recommendations, filed on February 5, 2015, is adopted in full; and

3      2.    Plaintiff's motion for a preliminary injunction is DENIED.

5  IT IS SO ORDERED.

6  Dated: March 11, 2015

                                SENIOR DISTRICT JUDGE

2