UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE THOMAS, a.k.a Horace Bell, <br><br> Plaintiff, <br><br> v. <br><br> S HEBERLING, et al., <br><br> Defendants. | Case No.: 1:12-cv-01248-AWI-SAB (PC) <br><br> ORDER GRANTING DEFENDANTS' MOTION TO MOFIY DISCOVERY AND SCHEDULING ORDER NUNC PRO TUNC TO MAY 10, 2015 <br><br> [ECF Nos. 86, 93] |

Plaintiff Horace Bell is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 9, 2015, Defendants filed a motion to modify the discovery and scheduling order. Plaintiff filed an opposition on April 17, 2015.

The Court's January 9, 2015, discovery and scheduling order, set a April 9, 2015, deadline to file a motion for summary judgment relating to exhaustion of the administrative remedies.

Defendants request an extension to April 16, 2015, to file a motion for summary judgment for failure to exhaust the administrative remedies because of the inability to obtain a necessary declaration to support their motion. Plaintiff opposes Defendants' request and requests a court order to process his administrative remedies. Plaintiff is advised that his request was previously denied and does not present a basis to deny Defendants' present request for an extension of time to file a motion for summary judgment relating to exhaustion. (ECF Nos. 60, 72.)

In as much as Defendants filed a motion for summary judgment for failure to exhaust the administrative remedies on April 10, 2015, and good cause having been presented to the Court, Defendants' motion is GRANTED nunc pro tunc to April 10, 2015.

IT IS SO ORDERED.

Dated:   **May 14, 2015**

UNITED STATES MAGISTRATE JUDGE